# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO BATTON,   No. 2:16-cv-0762-CMK-P

    Petitioner,

  vs.   ORDER

C. PFEFFER,

    Respondent.

_____ /

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1).

      Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief; (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury.  In the instant case, the petition fails to meet one or more of these requirements.  Specifically, petitioner failed to sign his petition under penalty of perjury.

/ / /

Petitioner will be provided an opportunity to file an amended petition which satisfies Rule 2(c).  Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

2. Petitioner shall file an amended petition on the form employed by this court, and which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section 2254 Cases, within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: April 4, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE