IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BATTON, | No. 2:16-cv-0762-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| C. PFEFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's amended petition (Doc. 7).

Petitioner's original petition included a brief attached wherein he set forth the grounds for relief, but was unsigned. Petitioner was ordered to file an amended petition, which was signed. Petitioner's amended petition is signed, but fails to include the entire attached brief setting forth his alleged grounds for relief. Neither petition is complete, but together they form a complete petition. Accordingly, the Clerk of the Court will be directed to strike the amended petition as incomplete and re-file the amended petition with the brief from the original petition attached.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to strike the amended petition (Doc. 7) as incomplete; and

2. The Clerk of the Court is further directed attach the brief from the original petition (Doc. 1, pages 7-56) to the amended petition (Doc. 7) and re-file the amended petition (Doc. 7) with the brief attached.

DATED: May 2, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE